**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00453-BNB

DERRICK ANDERSON,

    Applicant,

v.

MICHAEL MILLER, Warden, and
EXECUTIVE DIRECTOR OF COLORADO DEPARTMENT OF CORRECTIONS,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's Motion to Amend Pursuant to F.R.Civ.P. Rule 15 (ECF No. 11) is GRANTED and the clerk of the court is directed to substitute Executive Director of Colorado Department of Corrections as Respondent for Tom Clements, Director of Corrections for the C.D.O.C.

Dated:  April 5, 2013